Morris E. Fischer, Bethesda, MD for Petitioner.

## ON MOTION

### *ORDER*

Homi N. Amirmokri moves for reconsideration of the court's April 8, 2008, 274 Fed.Appx. 888, order dismissing this petition for review for failure to pay the filing fee.

Amirmokri has now submitted the filing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The April 8 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Amirmokri's brief is due within 30 days of the date of filing of this order.

Claudia Burke, Department of Justice, Washington, DC, for Respondent.

Gony Frieder Goldberg, American Federation of Government, Washington, DC, for Petitioner.

## ON MOTION

### *ORDER*

Martha Rangel moves for reconsideration of the court's March 13, 2008, 275 Fed.Appx. 955, order dismissing this petition for review for failure to file a corrected brief and appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The March 13 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Rangel's corrected brief and appendix is due within 14 days of the date of filing of this order.

**Martha RANGEL, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2008–3062.

United States Court of Appeals, Federal Circuit.

May 6, 2008.

**COMCATION, INC., Plaintiff– Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2008–5001.

United States Court of Appeals, Federal Circuit.

May 12, 2008.

Anthony Charles Gulotta Jr., Anderson & Gulotta, PC, Harrisburg, PA, H. Chris-